UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :   Hon. Stanley R. Chesler

      v.                              :   Crim. No. 10-414

DAVIN LEE           :   ORDER

This matter having been opened to the Court by the United States (Paul J. Fishman, United States Attorney, by Zach Intrater, Assistant U.S. Attorney, appearing), for an Order revoking the previously imposed term of supervised release for defendant Davin Lee (Office of the Federal Public Defender, Linda D. Foster, AFPD, appearing), and for good and sufficient cause shown,

    IT IS THE FINDING OF THIS COURT that supervised release should be revoked for the following reasons:

    1. On or about July 22, 2010, defendant Davin Lee was released from the custody of the Federal Bureau of Prisons and began a three-year term of supervised release pursuant to the Judgment of this Court dated July 22, 2010.

    2. On April 4, 2011, defendant Davin Lee admitted to leaving the District of New Jersey without permission, in violation of his terms of supervised release.

WHEREFORE, it is on this 9th day of May, 2011,

ORDERED that defendant Davin Lee's original term of supervised release, which was imposed pursuant to a Judgment of this Court dated July 22, 2010, be and is hereby revoked;

IT IS FURTHER ORDERED that defendant Davin Lee shall be sentenced to a term of imprisonment of five months; IT IS FURTHER ORDERED that one year of federal supervised release shall be imposed upon defendant Davin Lee's release from imprisonment.

                                        HON. STANLEY R. CHESLER
                                        United States District Judge